DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE JESUS CASTRO-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>JOSE JESUS CASTRO-MARTINEZ,<br><br>　　　　*Defendant.* | NO. 1:11-cr-0057 AWI<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER<br><br>Date: April 4, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Jose Jesus Castro-Martinez, that the hearing currently set for April 11, 2011 at 9:00 a.m., **may be advanced and rescheduled to April 4, 2011 at 9:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea on April 4, 2011.

///

///

///

///

///

|   |   |   |
|---|---|---|
| 1 |  | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 |  |  |
| 3 | Dated: March 30, 2011 | /s/ Ian Garriques<br>IAN GARRIQUES |
| 4 |  | Assistant United States Attorney<br>Attorney for Plaintiff |
| 5 |  |  |
| 6 |  | DANIEL J. BRODERICK<br>Federal Defender |
| 7 |  |  |
| 8 | Dated: March 30, 2011 | /s/ Peggy Sasso<br>PEGGY SASSO |
| 9 |  | Assistant Federal Defender<br>Attorney for Defendant |
| 10 |  | JOSE JESUS CASTRO-MARTINEZ |

**ORDER**

IT IS SO ORDERED.

Dated:    March 31, 2011                          _____

CHIEF UNITED STATES DISTRICT JUDGE